FILED
Sep 02 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ gloriav  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2021 Grand Jury

UNITED STATES OF AMERICA,              Case No. '22 CR2041 CAB

        Plaintiff,              I N D I C T M E N T

  v.                                    Title 8, U.S.C.,
                                       Sec. 1324(a)(1)(A)(ii) -
PATRICIA GAUDRON,                      Transportation of Certain Aliens

        Defendant.

    The grand jury charges:

### Counts 1-3

On or about May 16, 2021, within the Southern District of California, defendant PATRICIA GAUDRON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens listed below, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States in furtherance of such violation of law;

//

//

//

KIGR:cms:San Diego:9/2/22

| Count | Name |
|---|---|
| 1 | Jhonny Daniel Contreras-Ladino |
| 2 | Jose De Jesus Jimenez-Alvarado |
| 3 | Victor Perez-Suarez |

all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

### Counts 4-6

On or about May 24, 2021, within the Southern District of California, defendant PATRICIA GAUDRON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens listed below, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States in furtherance of such violation of law;

| Count | Name |
|---|---|
| 4 | Ramon Garcia-Montiel |
| 5 | Gustavo Perez-Figueroa |
| 6 | Anayelli Tinoco-Alvarez |

all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: September 2, 2022.

RANDY S. GROSSMAN
United States Attorney

By: /s/ Katie
KIRIAKI GRAMMENIDIS
Assistant U.S. Attorney

2