# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-CR-2041-CAB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| | Superseding |
| v. | |
| PATRICIA GAUDRON, | Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) – Transportation of Certain Aliens |
| Defendant. | |

The United States Attorney charges:

## Counts 1 -3

On or about May 24, 2021, within the Southern District of California, defendant PATRICIA GAUDRON, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens below, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States in furtherance of such violation of law:

| Count | Name |
|---|---|
| 1 | Ramon Garcia-Montiel |
| 2 | Gustavo Perez-Figueroa |
| 3 | Anayelli Tinoco-Alvarez |

//
//

all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: 11/27/2022.

RANDY S. GROSSMAN
United States Attorney

*Katie Grammenidis*
KIRIAKI GRAMMENIDIS
Assistant U.S. Attorney