MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  USA  |  VS  | Patricia Gaudron |
|---|---|---|

Case Number: 22-cr-2041-CAB     WITNESS LIST     Jury Trial

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 11/28/2022 | X | | Border Patrol Agent Elena Hernandez |
| 11/28/2022 | X | | Border Patrol Agent Gray Calderon |
| 11/28/2022 | X | | Border Patrol Agent Giancarlo Lugo |
| 11/28/2022 | X | | Border Patrol Agent Jaime Licon (case agent) |