MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  USA  | VS | Patricia Gaudron |
|---|---|---|
| Case Number: 22-cr-2041-CAB | EXHIBIT LIST | Jury Trial |

☒ Plaintiff ☐ Defendant ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 1 | 11/28/2022 | 11/28/2022 | Map View of Southern California |
| 2 | 11/28/2022 | 11/28/2022 | Map View of Otay Lakes Road |
|   |   |   |   |
| 4 | 11/28/2022 | 11/28/2022 | Photograph(s) - Mitsubishi |
|   |   |   |   |
| 6 | 11/28/2022 | 11/28/2022 | Photograph(s) – Hyundai |
| 7 | 11/28/2022 | 11/28/2022 | Photograph(s) – interior rear seat of Hyundai |
|   |   |   |   |
| 9 | 11/28/2022 | 11/28/2022 | Vehicle Registration of 2013 Hyundai |
| 10 | 11/28/2022 | 11/28/2022 | Vehicle Rental Agreement |
| 11 | 11/28/2022 | 11/28/2022 | State of Nevada Vehicle Title - 2019 Mitsubishi Outlander |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |