UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA GAUDRON,<br><br>Defendant. | Case No.: 22-CR-2041-CAB<br><br>**JURY VERDICT** |

We, the Jury, find defendant Patricia Gaudron:

__Guilty__ of the offense of Transportation of Certain Aliens, namely Ramon Garcia-Montiel, as charged in Count 1 of the Information.
(Not Guilty / Guilty)

__Guilty__ of the offense of Transportation of Certain Aliens, namely Gustavo Perez-Figueroa, as charged in Count 2 of the Information.
(Not Guilty / Guilty)

__Guilty__ of the offense of Transportation of Certain Aliens, namely Anayelli Tinoco-Alvarez, as charged in Count 3 of the Information.
(Not Guilty / Guilty)

Dated: 11/29/22
San Diego, CA

_____
Foreperson of the Jury

1

22-cr-2041-CAB