SCOTT PACTOR Bar no. 216629
LAW OFFICE OF SCOTT PACTOR
934 23rd st
San Diego, CA. 92102
Telephone: (619)260-2636
Facsimile: (310)859-7773
Email: scottpactor@yahoo.com

Attorneys for Defendant
PATRICIA GAUDRON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(JUDGE CATHY A BENCIVENGO)

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA GAUDRON<br><br>Defendant. | Case No. 22cr2041-CAB<br><br>**Notice of Appeal** |

    Patricia Gaudron hereby files this notice of appeal as to the jury verdict and pre-trial rulings as well as the judgment filed April 10th, 2023

Dated: April 11th, 2023                               _/s Scott Pactor_____
                                                                                 SCOTT PACTOR